# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO OXYGEN AND WELDING SUPPLIERS, INC.,<br><br>        Defendant. | Case No. 1:15-cv-00426---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>JULY 9, 2015 DEADLINE |

On June 9, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;
2. The parties shall file dispositional documents on or before July 9, 2015; and
3. Within ten (10) days of the date of service of this order, Defendants shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement. If the

///
///
///
///

1

1 | Defendants do not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated: **June 10, 2015**

_____
UNITED STATES MAGISTRATE JUDGE