1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>        Plaintiff,<br><br>vs.<br><br>FRESNO OXYGEN & WELDING SUPPLIERS, INC. dba FRESNO OXYGEN #4, et al.,<br><br>        Defendants. | No.  1:15-cv-00426-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendant Fresno Oxygen & Welding Suppliers, Inc., dba Fresno Oxygen #4, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: June 12, 2015                         MOORE LAW FIRM, P.C.


                                            /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorney for Plaintiff
                                            Jose Escobedo

Date: July 1, 2015                          DOWLING AARON INCORPORATED


                                            /s/ G. Andrew Slater
                                            G. Andrew Slater
                                            Attorneys for Defendant
                                            Fresno Oxygen & Welding Suppliers, Inc., dba
                                            Fresno Oxygen #4


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  **July 2, 2015**
                                            UNITED STATES MAGISTRATE JUDGE